UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03332-NYW

CARA FUNK

      Plaintiff

v.

TRIDO PROPERTIES, LLC

Defendant

## **NOTICE OF SETTLEMENT**

TO THE HONORABLE U.S. DISTRICT JUDGE:

      The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: February 2, 2022      Respectfully,

                        By:    ***/s/ R. Bruce Tharpe***
                               R. Bruce Tharpe

                              **LAW OFFICE OF**
                              **R. BRUCE THARPE, PLLC**
                              PO Box 101
                              Olmito, TX 78575
                              (956) 255-5111 (Tel)

                              ATTORNEY OF RECORD FOR
                              PLAINTIFF CARA FUNK

## CERTIFICATE OF SERVICE

I, R. Bruce Tharpe, hereby certify that a true and correct copy of the foregoing pleading was served upon all parties of record via email notification from the District of Colorado ECF system on 02/02/2022.

                              ***/s/ R. Bruce Tharpe***
                              R. Bruce Tharpe