IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03332-NYW

CARA FUNK
                    Plaintiff

v.

TRIDO PROPERTIES, LLC
                    Defendant

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, CARA FUNK Plaintiff and TRIDO PROPERTIES, LLC, Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:    February 26, 2022    FOR CARA FUNK, Plaintiff

                                                        BY:    */S/   R. Bruce Tharpe*
                                                        R. Bruce Tharpe
                                                        PO Box 101
                                                        Olmito, Texas 78575
                                                        (956) 255-5111 - Office
                                                        (866) 599-2596 - Fax
                                                        Texas State Bar ID No. 19823800
                                                        Federal Bar ID 13098

DATED: February 26, 2022   FOR TRIDO PROPERTIES, LLC

BY: */s/ Lawrence E. Gustafson*
Lawrence E. Gustafson
Baum & Gustafson, PC
950 S. Cherry, Suite 300
Denver, CO 80246
(303) 629-7272 – Office
(303) 825-1160 - Fax